Patrick James JEFFRIES, Petitioner–Appellee,

v.

Tana WOOD, Superintendent, Respondent–Appellant.

No. 95–99003.

United States Court of Appeals, Ninth Circuit.

May 15, 1996.

Before: HUG, Chief Judge.

***ORDER***

Upon the vote of a majority of nonrecused regular active judges of this court, it is or-

dered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.